**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

GLORIA L. JONES, et al.,

Plaintiffs,

v.

CENTRURY 21, et al.,

Defendants.

Civil 00-2161 (JRT/SRN)

**ORDER OF REFERENCE**

---

Thomas J. Lyons, Jr., CONSUMER JUSTICE CENTER, 1560 Beam Avenue, Ste A, Maplewood, MN 55109-1171, for plaintiff.

William L. Killion, GRAY PLANT MOOTY MOOTY & BENNETT, 33 South Sixth Street, Suite 3400, Minneapolis, MN 55402, for defendants.

Pursuant to the provisions of Title 28, United States Code, Section 636 (b) (1) (B), **IT IS HEREBY ORDERED** that defendant Century 21's motion for judgment on the pleadings [Docket No. 10] is referred to the Honorable Susan R. Nelson, United States Magistrate Judge, who will submit to the undersigned proposed findings of fact and a recommendation for the disposition of the motion upon completion of a hearing. Defendant is directed to contact Beverly Riches, calendar clerk for Magistrate Judge Nelson, to schedule a hearing on the motion.

DATED: Nov. 16, 2000
at Duluth, Minnesota

John R. Tunheim

JOHN R. TUNHEIM
United States District Judge

FILED NOV 16 2000
FRANCIS E. DOSAL, CLERK
DEPUTY CLERK