**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

GLORIA L. JONES, et al.,

Plaintiffs,

v.

CENTURY 21 HOUSEHOLD, and HOUSEHOLD RETAIL SERVICES, INC.,

Defendants.

Civil 00-2161 (JRT/SRN)

**ORDER OF REFERENCE**

---

Thomas J. Lyons, Jr., CONSUMER JUSTICE CENTER, 1560 Beam Avenue, Ste A, Maplewood, MN 55109-1171, for plaintiff.

Paul C. Peterson and Kimberly Fleming, LIND JENSEN SULLIVAN & PETERSON, 150 South Fifth Street, Suite 1700, Minneapolis, MN 55402, for defendant Household Retail Services, Inc.

Pursuant to the provisions of Title 28, United States Code, Section 636 (b) (1) (B), **IT IS HEREBY ORDERED** that defendant House Retail Services, Inc.'s motion for judgment on the pleadings [Docket No. 17] is referred to the Honorable Susan R. Nelson, United States Magistrate Judge, who will submit to the undersigned proposed findings of fact and a recommendation for the disposition of the motion upon completion of a hearing. The hearing date for this motion is December 13, 2000, at 11:30 a.m. Parties should contact Beverly Riches, calendar clerk for Magistrate Judge Nelson, if they have any questions regarding the hearing date.

DATED: December 7, 2000
at Minneapolis, Minnesota

JOHN R. TUNHEIM
United States District Judge

FILED DEC 0 7 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD__________
DEPUTY CLERK__________