**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Gloria Jones and Christopher Jones, individually, and on behalf of all other persons similarly situated,**

**Plaintiffs,**

**v.**

**Century 21; Household Retail Services Inc., a foreign corporation, and REDO L.L.C., a foreign corporation.,**

**Defendants.**

**Civil No. 00-2161 (JRT/SRN)**

**ORDER**

---

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson dated February 12, 2001. No objections have been filed to that Report and Recommendation in the time period permitted.

Based on the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

IT IS HEREBY ORDERED that:

1. Defendant Century 21's Motion for Judgment on the Pleadings (Doc. No. 10) is **GRANTED** with prejudice as to Count IV, and without prejudice and with leave to amend the Complaint within twenty days as to all other Counts; and

2. Defendant HRS' Motion for Judgment on the Pleadings (Doc. No. 17) is **GRANTED** with prejudice as to Count IV, and without prejudice and with leave to amend the Complaint within twenty days as to all other Counts.

FILED MAR 1 4 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD. ____
DEPUTY CLERK ____

DATED: Mar 13, 2001.

John R. Tunheim
Judge John R. Tunheim
United States District Court Judge